

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-18-00827-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-05-11973-CR
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

The State's brief was originally due to be filed on March 28, 2019.  On April 1, 2019, the State filed a motion for extension of time to file its brief requesting a 90-day extension of the deadline.  The motion is GRANTED.  Given the length of the extension, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**.  The State's brief must be filed by June 26, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court